# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

RENE ALBARRAN               §
                            §

v.                          §

                              §    CIVIL ACTION NO. 3:26-CV-2460-S-BK

DAVID VENTURELLA, ROBERT    §
CERNA, DAREN K. MARGOLIN, and  §
WARDEN, PRAIRIELAND DETENTION  §
CENTER                   §

## ORDER

On July 24, 2026, Petitioner Rene Albarran filed the Petition for Habeas Corpus ("Petition") [ECF No. 1]. Petitioner alleges generally that his continued detention is unlawful and requests, among other things, that the Court forbid Respondents David Venturella, Robert Cerna, Daren K. Margolin, and Warden, Prairieland Detention Center, from continuing to detain Petitioner and forbid Respondents from removing Petitioner from the United States or transferring him from the Northern District of Texas.

Accordingly, it is **ORDERED** that Respondents, or any officer, agent, servant, employee, attorney, or representative acting on behalf of Respondents, **shall not** take any further action or steps to deport or remove Petitioner from the United States to another country, territory, or foreign territory, to transfer Petitioner from the Northern District of Texas, or to circumvent the provisions of this Order until the Court rules on the underlying Petition.

Counsel for Petitioner is **DIRECTED** to notify the United States Attorney for the Northern District of Texas of his lawsuit and of this Order. Further, Petitioner shall file a notice on the docket of this case explaining how he complied with providing notice.

**SO ORDERED.**

SIGNED July 29, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**